IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. GARCIA, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 13-6316 |
| | : | |
| WILLIAM NUNN, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW**, this   23rd   day of September, 2015, upon consideration of the motion to dismiss of Defendants Weiss Markets and Alaco Services (Document #24), the plaintiffs' response thereto (Document #26), and the defendants' reply (Document #33), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that:

1. The motion is GRANTED as to Defendant Weis Markets.

2. Defendant Weis Markets is DISMISSED from this action.

3. The motion is DENIED as to Defendant Alaco Services.

4. The motion is DENIED as to the claims for unpaid overtime compensation.

5. The remaining defendants shall respond to the plaintiffs' motion to certify class (Document #15) within ten days of the date of this Order.

                                                    BY THE COURT:

                                                    /s/ Lawrence F. Stengel
                                                    LAWRENCE F. STENGEL, J.