IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. GARCIA, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 13-6316 |
| | : | |
| WILLIAM NUNN, et al., | : | |
|     Defendants | : | |

**O R D E R**

**AND NOW,** this 24th day of March, 2016, after consideration of the plaintiffs motion to certify class (Document #15), the defendants' response thereto (Document #40), and the reply brief of the plaintiffs (Document #44), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

1. A collective action is conditionally certified consisting of all persons who were hired by the remaining defendants to provide cleaning and janitorial services at supermarkets, who worked more than forty hours in a week and were not paid overtime, during a period beginning three years prior to the filing of this complaint and ending on the date of final judgment in this action.

2. The defendants shall be under a continuing duty to provide the plaintiffs with information relating to the defendants' employees who provided any cleaning and janitorial services to the defendants after October 29, 2010, including each individual's name, job title, last known address, telephone number, email address (if available), dates of employment, and date of birth.

3. The parties shall have a period of thirty days from the date of this Order within which to develop and agree upon the contents of an appropriate opt-in Notice and Consent Form. The parties shall submit their joint proposed Notice and Consent Form to the court on or before the end of the thirty day period.

4. Should these efforts fail, counsel shall cross-file proposed Notice and Consent Forms thirty-one days after the date of this Order. I will then determine which Notice is more appropriate, with or without modification.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.