

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M. GARCIA and O. GARCIA,<br><br>        Plaintiffs,<br>v.<br><br>WILLIAM NUNN, ALACO SERVICES, LLC<br>and LRD CLEANING SERVICES, LLC,<br><br>        Defendants. | Case No. 5:13-cv-06316-LS<br><br>**FILED**<br>DEC 2 6 2017<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk |

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, MARGARITO GARCIA, OSCAR GARCIA and ROSMERI B. VARRIOS, and Defendants, WEIS MARKETS, INC. GREENLINE, LLC D/B/A ALACO SERVICES, INCORRECTLY IDENTIFIED IN THE COMPLAINT AS ALACO SERVICES, LLC, LRD CLEANING SERVICES, LLC, AND WILLIAM NUNN, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party. The Court shall retain jurisdiction for ninety days to enforce any agreements of the parties.

GETMAN SWEENEY DUNN
*ATTORNEYS FOR PLAINTIFFS*
260 Fair St.
Kingston, NY 12401

By: _____
   Daniel C. Getman, Esq.

Dated: _____

POST & SCHELL, P.C.
*ATTORNEYS FOR GREENLINE, LLC*
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

By: _/s Andrea M. Kirshenbaum_____
   Andrea M. Kirshenbaum, Esq.

Dated: _December 21, 2017_____

LAW OFFICES OF NICHOLAS M. FAUSTO
*ATTORNEY FOR WILLIAM NUNN*
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053

By: _____
     Nicholas M. Fausto, Esq.

Dated: 12-21-17

APPROVED AND SO ORDERED on this
26th day of DECEMBER, 2017.

_____
HENRY S. PERKIN  USMJ.